# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 75 C 3295 | **DATE** | 7/28/2006 |
| **CASE TITLE** | ACLU, et al. vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. The City's motion to reconsider [84] is denied.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/jck |
|---|---|---|