IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIANCE TO END REPRESSION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 74 C 3268 |
| v. | ) | JUDGE GOTTSCHALL |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | consolidated with |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 75 C 3295 |
| v. | ) | JUDGE GOTTSCHALL |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED SEVENTH CIRCUIT RULE 57 CERTIFICATION ORDER

In light of and upon consideration of the April 23, 2009 order entered by the Seventh Circuit in Appeals No. 08-3688 and 08-3689 and of Plaintiff's Renewed Rule 60(b) Motion to Dissolve Modified Consent Decree and for Issuance of Seventh Circuit Rule 57 Certification, this Court hereby states that it intends to immediately dissolve the Modified Consent Decree entered in cases No. 74 C 3268 and No. 75 C 3295 and to enter an order in both of those cases so dissolving the Decree, if the Court of Appeals should remand the case to permit this Court to enter such an order of dissolution.

In response to the Seventh Circuit's statement in its April 23, 2009 order directing this Court to "discuss how vacatur of the consent decree would affect pending proceedings to enforce the decree," and with the agreement of both the City and the ACLU, this Court states that, following such remand and dissolution, it believes that vacatur of the consent decree would not affect pending proceedings to enforce the consent decree and that this Court will retain jurisdiction over the petition to enforce filed by the ACLU and American Friends Service Committee on April 25, 2005.

DATE: May 1, 2009

ENTERED: _____
Judge Joan B. Gottschall